L. KIERAN KIECKHEFER, SBN 251978
   KKieckhefer@gibsondunn.com
JOSEPH A. GORMAN, SBN 267553
   JGorman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone:   415.393.8200
Facsimile:   415.393.8306

ILISSA SAMPLIN, SBN 314018
   ISamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071
Telephone:   213.229.7354

CHARLOTTE JACOBSEN (*pro hac vice*)
   CJacobsen@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166
Telephone:   212.351.4000

*Attorneys for Plaintiff Atmo, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| ATMO, INC., <br><br> Plaintiff, <br><br> v. <br><br> KOKI MASHITA; AEOLUS LABS, INC., <br><br> Defendants. | Case No.: 4:25-cv-05652-YGR <br><br> **STIPULATION AND ~~PROPOSED~~ ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE** <br><br> Judge:   Judge Yvonne Gonzalez Rogers <br> Date Action Filed:  July 3, 2025 |

Plaintiff Atmo, Inc. and Defendants Koki Mashita and Aeolus Labs, Inc. (collectively, the "Parties"), by and through counsel, have entered into a confidential settlement agreement. The Parties hereby stipulate that this action shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with the parties to bear their own costs and attorneys' fees. The parties further stipulate that the Honorable Judge Gonzalez Rogers shall retain jurisdiction over the pending Omnibus Sealing Stipulation (Dkt. 51) and Administrative Motion to File Under Seal (Dkt. 52). Atmo will file its opposition to the Administrative Motion to File Under Seal on Friday, October 17, 2025.

The parties further agree that the hearing on Atmo's Motion for Preliminary Injunction scheduled for October 21, 2025, may be taken off calendar.

**IT IS SO STIPULATED AND AGREED.**

Respectfully submitted,

Dated: October 14, 2025                    GIBSON, DUNN & CRUTCHER LLP

                                           */s/ L. Kieran Kieckhefer*
                                           L. Kieran Kieckhefer
                                           Joseph A. Gorman
                                           Ilissa Samplin
                                           Charlotte Jacobsen (*pro hac vice*)

                                           *Attorneys for Plaintiff Atmo, Inc.*


Dated: October 14, 2025                    FENWICK & WEST LLP

                                           */s/ Tyler Newby*
                                           Tyler Newby
                                           Garner Kropp
                                           Joan Liu-Kim
                                           Julian Sarabia

                                           *Attorneys for Defendants Koki Mashita and Aeolus Labs, Inc.*

## ATTESTATION

I, L. Kieran Kieckhefer, am the ECF User whose ID and password are being used to file this Stipulation and Proposed Order of Voluntary Dismissal with Prejudice. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that I have obtained the concurrence in the filing of this document from each of the signatories herein.

Dated: October 14, 2025                    /s/ L. Kieran Kieckhefer
                                           L. Kieran Kieckhefer

## ~~[PROPOSED]~~ ORDER

Pursuant to the Parties' stipulation, **IT IS HEREBY ORDERED** that this action be dismissed with prejudice; that the Court shall retain jurisdiction over the pending Omnibus Sealing Stipulation (Dkt. 51) and Administrative Motion to File Under Seal (Dkt. 52); that Atmo shall file its opposition to the Administrative Motion to File Under Seal no later than October 17, 2025; and that the hearing on Atmo's Motion for Preliminary Injunction scheduled for October 21, 2025, shall be taken off calendar.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 14, 2025

HON. YVONNE GONZALEZ ROGERS
U.S. DISTRICT COURT JUDGE